[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 1214.]

IN RE ADOPTION OF JIMENEZ.

[Cite as *In re Adoption of Jimenez*, 2000-Ohio-42.]

*Appeal dismissed as improvidently allowed.*

(No. 99-1993—Submitted September 12, 2000—Decided September 20, 2000.)

APPEAL from the Court of Appeals for Montgomery County, No. 17484.

———————

*Dan D. Weiner*, for appellee Heather Jimenez.

*Lane, Alton & Horst, Charles K. Milless* and *Corinne N. Ryan; Susan Garner Eisenman; Holzfaster, Cecil, McKnight & Mues* and *Robert L. Mues*, for appellants William and Yvonne Arnold.

———————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

———————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

DOUGLAS and PFEIFER, JJ., concur in the foregoing dissenting opinion.

———————